```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00982
    JAMES F SMITH JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-6925


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/19/2007 and was confirmed 04/12/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

    The case was dismissed after confirmation 07/19/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
WELLS FARGO BANK            CURRENT MORTG         .00          .00            .00
WELLS FARGO HOME MORTGAG    UNSECURED      NOT FILED          .00            .00
WELLS FARGO FINANCIAL AC    SECURED VEHIC  11250.00         71.84         894.06
WELLS FARGO FINANCIAL AC    UNSECURED       4397.59           .00            .00
WELLS FARGO FINANCIAL AC    SECURED VEHIC  10907.07        145.27        1241.34
WELLS FARGO FINANCIAL       UNSECURED      NOT FILED          .00            .00
DIRECT TV                   UNSECURED      NOT FILED          .00            .00
AT & T BROADBAND            UNSECURED      NOT FILED          .00            .00
INGALLS MIDWEST EMMERGEN    UNSECURED      NOT FILED          .00            .00
ILLINOIS COLLECTION SERV    UNSECURED      NOT FILED          .00            .00
INGALLS MEMORIAL HOSPITA    UNSECURED      NOT FILED          .00            .00
NICOR GAS                   UNSECURED         162.04          .00            .00
AT&T WIRELESS               UNSECURED      NOT FILED          .00            .00
R&R COUNTRY                 UNSECURED      NOT FILED          .00            .00
SURETY FINANCIAL SERVICE    UNSECURED      NOT FILED          .00            .00
USAONENCUBC                 UNSECURED         733.26          .00            .00
VERIZON WIRELESS            UNSECURED      NOT FILED          .00            .00
VERIZON WIRELESS            UNSECURED         102.95          .00            .00
WELLS FARGO BANK            MORTGAGE ARRE        .00          .00            .00
AMERICASH LOANS LLC         UNSECURED         649.98          .00            .00
LAVERNE D CARTER            NOTICE ONLY    NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      1,643.00                        .00
TOM VAUGHN                  TRUSTEE                                       155.49
DEBTOR REFUND               REFUND                                           .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   2,508.00

PRIORITY                                             .00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00982 JAMES F SMITH JR
```

```
SECURED                                                         2,135.40
     INTEREST                                                     217.11
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                              155.49
DEBTOR REFUND                                                        .00
                                      ---------------     ---------------
TOTALS                                       2,508.00            2,508.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
     Dated: 10/23/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                         PAGE   2
         CASE NO. 07 B 00982 JAMES F SMITH JR